CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **John Ballard**      SS#: **xxx-xx-5261**      Net Monthly Earnings: **501.09**

**Ashley Ballard**      SS#: **xxx-xx-4522**      Number of Dependents: **1**

1. Plan Payments:
   ( ___ ) Debtor(s) propose to pay direct a total of $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly into the plan; or

   ( **X** ) Payroll deduction Order: To **Lowe's Home Centers, LLC** for
   $ **230.77** ☐ weekly ☒ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **30,000.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **3,250.00** ; **$50.00** paid pre-petition.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| **JPMorgan Chase Bank** | **$108,000.00** | ☐ by Trustee ☒ by Debtor **$730.00** | **January, 2015** | **$3,650.00** | | **4.50%** | **$68.05** |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Independent Bank** | **$160.00** | **$16,000.00** | **$17,000.00** | **$0.00** | **2011 Kia Optima** | **5.25%** | **$303.78** | |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:
   ☒ This is an original plan.
   ☐ This is an amended plan replacing plan dated ____.
   ☒ This plan proposes to pay unsecured creditors **ProRata** %.
   ☐ Other Provisions:

Name/Address/Telephone/Attorney for Debtor (s)      Date **December 1, 2014**      **/s/ John Ballard**

**John C. Larsen**      **John Ballard**
                        Signature of Debtor

**1733 Winchester Road**      **/s/ Ashley Ballard**
**Huntsville, AL 35811**      **Ashley Ballard**
Telephone # **256-859-3008**      Signature of Debtor

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy